UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

DAVID POSCHMANN,

    Plaintiff,                      CASE NO. 3:20cv5893-MCR-HTC

v.

NEWMAN-DAILEY RESORT
PROPERTIES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, David Poschmann, by and through his undersigned counsel, hereby informs the court that the parties have reached a resolution of all issues in this action and are in the process of finalizing the written settlement agreement.

Dated: December 22, 2020.

                                            s/Lee D. Sarkin
                                            Drew M. Levitt, Esq.
                                            drewmlevitt@gmail.com
                                            Florida Bar No.782246
                                            Lee D. Sarkin, Esq.
                                            Lsarkin@aol.com
                                            Florida Bar No. 962848
                                            Attorneys for Plaintiff
                                            4700 NW Boca Raton Blvd.
                                            Suite 302
                                            Boca Raton, Florida 33431
                                            Telephone (561) 994-6922
                                            Facsimile (561) 994-0837

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically, Notices of Electronic Filing.

                                            s/Lee D. Sarkin
                                            LEE D. SARKIN, ESQ.

## SERVICE LIST

Kielan Saborit, Esq.
ksm@lydeckerdiaz.com
Stephanie Piderman, Esq.
sp@lydeckerdiaz.com
Lydecker Diaz
1221 Brickell Ave, 19th Floor
Miami, FL 33131-3240
Attorneys For Defendant
Via CM/ECF

2