UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DAVID POSCHMANN,**

    **Plaintiff,**

**v.**                                                 Case No. 3:20cv5893-MCR-HTC

**NEWMAN-DAILEY RESORT PROPERTIES, INC.,**

    **Defendant.**

_____/

## **ORDER**

The Court has been advised that the parties have reached a settlement of this matter. *See* ECF No. 10. Accordingly, all proceedings are **STAYED** and, based on the notice, the parties have **60 days** from the date of this Order in which to file the appropriate stipulation of dismissal.

**SO ORDERED**, on this 23rd day of December, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**