# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CASE NO.: 3:20cv5893 – MCR/HTC

DAVID POSCHMAN,

    Plaintiff,

v.

NEWMAN-DAILEY RESORT PROPERTIES, INC.

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between Plaintiff, DAVID POSCHMAN, and Defendant, NEWMAN-DAILEY RESORT PROPERTIES, INC., that the above cause, having been amicably resolved between Plaintiff, DAVID POSCHMAN, and Defendant, NEWMAN-DAILEY RESORT PROPERTIES, INC., be dismissed with prejudice with each party to bear their own expenses, costs and attorneys' fees in the matter.

DATED this 14th day of January, 2021.

| | |
|---|---|
| Drew M. Levitt, Esq. | LYDECKER DIAZ |
| Counsel for Plaintiff | Counsel for Defendant |
| 4700 N.W. Boca Raton Boulevard, Suite 302 | 1221 Brickell Avenue, 19th Floor |
| Boca Raton, Florida 33431 | Miami, FL 33131 |
| drewmlevitt@gmail.com | sp@lydeckerdiaz.com |
| | |
| /s/ Drew M. Levitt | /s/ Stephanie Pidermann |
| Drew M. Levitt, Esq, Esq. | Stephanie Pidermann, Esq. |
| FBN: | FBN: 60414 |